UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FORTUNE SOCIETY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>iAFFORD NY, LLC,<br><br>Defendant. | Civil Action No.  1:22-cv-06584-PKC-SJB |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant iAfford NY, LLC ("iAfford NY") by and through undersigned counsel of record, hereby states that no publicly held corporation owns 10% or more of iAfford NY's stock or equivalent equity interests.

iAfford NY will supplement this Disclosure Statement if any required information changes or is revealed upon further investigation.

Dated: New York, New York
       November 18, 2022

NIXON PEABODY LLP

By: /s/ *Travis Hill*
    Travis Hill

Tower 46, 55 West 46th Street
New York, NY 10036-4120
Telephone: (212) 940-3131
Email: thill@nixonpeabody.com

*Attorney for Defendant iAFFORD NY, LLC*