# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FORTUNE SOCIETY, INC.<br><br>    Plaintiff,<br><br>v.<br><br>iAFFORD NY, LLC<br><br>    Defendant. | Civil Action No.: 1:22-cv-06584-PKC-SJB |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Expedited Motion to Compel Post-Judgment Discovery and for Sanctions Against Counsel for iAfford, it is hereby ORDERED that the Motion is GRANTED. Defendant iAfford is ordered to respond to Plaintiff's post-judgment subpoenas within 10 days. The Court will award monetary sanctions against counsel for iAfford in an amount to be determined.

_____          _____
Hon. Pamela K. Chen                                                                      Date