# EXHIBIT D

# Lila Miller

| | |
|---|---|
| **From:** | Rosen, Cori A. <crosen@rosenbergestis.com> |
| **Sent:** | Tuesday, September 26, 2023 5:59 PM |
| **To:** | Lila Miller |
| **Cc:** | Valerie Comenencia Ortiz; Emily Curran |
| **Subject:** | RE: The Fortune Society v. iAfford: Post-Judgment Discovery |

Hi Lila:

I did not mean to seem evasive. I had thought my colleague, John, had sent his email from moments ago to your attention on Friday last week, which included an update on the deadline to respond to the subpoena. Happy to discuss in further detail.

Cori A. Rosen



T: +1 (212) 551-8401
crosen@rosenbergestis.com
733 Third Avenue, New York, NY 10017





**From:** Lila Miller <lmiller@relmanlaw.com>
**Sent:** Tuesday, September 26, 2023 2:18 PM
**To:** Rosen, Cori A. <crosen@rosenbergestis.com>
**Cc:** Valerie Comenencia Ortiz <vcomenenciaortiz@relmanlaw.com>; Emily Curran <ecurran@relmanlaw.com>
**Subject:** [EXTERNAL] RE: The Fortune Society v. iAfford: Post-Judgment Discovery

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Cori,

I write in follow up to the below. Although you indicated that you would be sending a written extension request for my client's consideration when we spoke by phone on September 15, we never received such a request. The subpoenas we served on September 15 have therefore already come due, and iAfford has failed to timely respond. Please confirm that the requested documents and information will be forthcoming by the end of this week.

We note that we reserve our right to seek fees and sanctions from you and your client for needlessly protracting the post-judgment proceedings to the detriment of all parties. We also note that the restraint on iAfford's assets has been in effect since it was served on September 15, regardless of any delay on the documents and information.

Thank you,
Lila

Lila Miller
Pronouns: she/her/hers
**Relman Colfax PLLC**
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
(P) 202.728.1888
E-mail: lmiller@relmanlaw.com
Web: www.relmanlaw.com
(Licensed in California, New York, and the District of Columbia)


NOTICE:
The contents of this email and any attachments to it contain confidential or legally privileged information from the law firm of Relman Colfax PLLC. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

**From:** Lila Miller
**Sent:** Monday, September 18, 2023 7:39 PM
**To:** Rosen, Cori A. <crosen@rosenbergestis.com>
**Cc:** Valerie Comenencia Ortiz <vcomenenciaortiz@relmanlaw.com>; Emily Curran <ecurran@relmanlaw.com>
**Subject:** RE: The Fortune Society v. iAfford: Post-Judgment Discovery

Hi Cori,

I'm writing in follow up to our call on Friday. As discussed, we will consider a reasonable extension request if we receive one in writing, though we note our concern about protracting the post-judgment discovery proceedings to the detriment of Plaintiff and Defendant alike.

Thanks,
Lila

Lila Miller
Pronouns: she/her/hers
**Relman Colfax PLLC**
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
(P) 202.728.1888
E-mail: lmiller@relmanlaw.com
Web: www.relmanlaw.com
(Licensed in California, New York, and the District of Columbia)



NOTICE:
The contents of this email and any attachments to it contain confidential or legally privileged information from the law firm of Relman Colfax PLLC. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

**From:** Lila Miller
**Sent:** Friday, September 15, 2023 12:21 PM
**To:** Rosen, Cori A. <crosen@rosenbergestis.com>
**Cc:** Valerie Comenencia Ortiz <vcomenenciaortiz@relmanlaw.com>; Emily Curran <ecurran@relmanlaw.com>
**Subject:** The Fortune Society v. iAfford: Post-Judgment Discovery

Hi Cori,

Attached please find a Notice of Restraint and Subpoenas, which we sent to iAfford today consistent with applicable law and rules. The timeline to respond is presumptively seven days. If your client agrees to provide full and complete responses to the information and document requests, as opposed to objections, we will consider an extension of that by an additional seven days (resulting in 14 days total to respond). Note that the restraint is in effect regardless of any extension on the subpoena response time.

Thank you,
Lila

Lila Miller
Pronouns: she/her/hers
**Relman Colfax PLLC**
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
(P) 202.728.1888
E-mail: lmiller@relmanlaw.com
Web: www.relmanlaw.com
(Licensed in California, New York, and the District of Columbia)



NOTICE:
The contents of this email and any attachments to it contain confidential or legally privileged information from the law firm of Relman Colfax PLLC. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

******************************************************************

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

Important Notice: Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.
******************************************************************