# EXHIBIT G

1:58

+1 (646) 479-0784

iMessage
Friday 11:54 AM

Lila: making sure you saw John's most recent email, given the quick turnaround time for a response.

The sender is not in your contact list.

**Report Junk**